**2016 UT App 24**

## THE UTAH COURT OF APPEALS

FEDERAL PACIFIC CREDIT COMPANY, LLC,
Appellant,
*v.*
UTAH STATE TREASURER, UNCLAIMED PROPERTY ADMINISTRATOR,
Appellee.

Memorandum Decision
No. 20140853-CA
Filed February 4, 2016

Third District Court, West Jordan Department
The Honorable Charlene Barlow
No. 060409693

Gregory M. Constantino, Attorney for Appellant

Sean D. Reyes, Thom D. Roberts, and Michael K.
Green, Attorneys for Appellee

Clark L. Snelson, Attorney for Amicus Curiae
Utah State Tax Commission

JUSTICE JOHN A. PEARCE authored this Memorandum Decision, in
which JUDGES GREGORY K. ORME and J. FREDERIC VOROS JR.
concurred.[1]

PEARCE, Justice:

¶1     Federal Pacific Credit Company, LLC appeals from the
district court's order quashing its writ of garnishment on the

---

1. Justice John A. Pearce began his work on this case as a
member of the Utah Court of Appeals. He became a member of
the Utah Supreme Court thereafter and completed his work on
the case sitting by special assignment as authorized by law. *See
generally* Utah R. Jud. Admin. 3-108(3).

Unclaimed Property Division.[2] This case is indistinguishable from its companion case, *Asset Acceptance LLC v. Utah State Treasurer*, 2016 UT App 25, with which it was argued and which we also issue today. For all of the reasons set forth in *Asset Acceptance*, we affirm the district court's order.

––––––––––

2. On appeal, the Unclaimed Property Division, which acts under the direction of the Utah State Treasurer, refers to the relevant party as the Unclaimed Property Administrator.